In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 26-11705

————————————

JENNIFER AUER JORDAN,
SHAMIRACLE J RANKIN,

*Plaintiffs-Appellees,*

*versus*

VICTORIA S. DARRISAW,
   in their official capacities as members of
   the Special Committee on Judicial
   Election Campaign Intervention of the
   Judicial Qualifications Commission,
JAMES L. COURSEY, JR.,
   in their official capacities as members of
   the Special Committee on Judicial
   Election Campaign Intervention of the
   Judicial Qualifications Commission,
WARREN SELBY,
   in their official capacities as members of the
   Special Committee on Judicial Election
   Campaign Intervention of the Judicial Qualifications Commission,

*Defendants-Appellants.*

2                     Order of the Court                    26-11705

——————————————

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 1:26-cv-00057-LAG

——————————————

Before NEWSOM, LUCK, and KIDD, Circuit Judges.

BY THE COURT:

The Court's order granting Appellants' motion for a stay pending appeal, and Judge Kidd's dissent, have been temporarily issued under seal.

Appellants are DIRECTED to immediately notify this Court if they issue the statement at issue in the stay order so that the Court's order may be unsealed.