**No. 26-11705**

In the
**United States Court of Appeals
For the Eleventh Circuit**

JENNIFER AUER JORDAN and SHAMIRACLE J. RANKIN,

*Plaintiffs – Appellees*

v.

VICTORIA S. DARRISAW, et al.,

*Defendants – Appellants*

Appeal from the United States District Court
For the Middle District of Georgia
No. 1:26-cv-00057-LAG

## APPELLEES' SEALED MOTION FOR AN ADMINISTRATIVE STAY

Roy E. Barnes
John R. Bartholomew
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, Georgia 30060
(770) 419-8505

S. Lester Tate, III
Akin & Tate, PC
Post Office Box 878
11 South Public Square
Cartersville, Georgia 30120
(770) 382-0780

Bryan L. Sells
The Law Office of
Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
(404) 480-4212

W. Matthew Wilson
Bell Wilson Law, LLC
750 Piedmont Avenue NE
Atlanta, Georgia 30308
(678) 916-8758

*Attorneys for the Appellees*

The appellees, Jennifer Auer Jordan and ShaMiracle J. Rankin, respectfully move the Court for an administrative stay of its order entered today—granting the Commission's emergency motion to stay the district court's temporary restraining order—so as not to prejudice the appellees' review of that decision in the Supreme Court.

The appellees intend to file an application with the Honorable Clarence Thomas, Circuit Justice for the Eleventh Circuit, seeking to vacate this Court's stay as soon as possible—likely tomorrow morning.

Without an administrative stay of today's order, however, the Commission will immediately issue a non-confidential public statement under Rule 29(F) of the Judicial Qualifications Commission's rules announcing that it is investigating the appellees for alleged violations of the Code of Judicial Conduct in connection with their joint campaign for two seats on the Supreme Court of Georgia. The election is two days away. Issuance of the Rule 29(F) statement before the Supreme Court can act would inflict precisely the injury the appellees sought to prevent and the

2

district court enjoined—and would do so on the eve of an election in which the appellees are the only challengers. As Judge Kidd explained in dissent, "the bell of public misconduct allegations cannot be unrung." (Order at 13 (Kidd, J., dissenting).) The appellees' application to the Supreme Court would be effectively mooted before the Court could rule.

An administrative stay of until Justice Thomas has an opportunity to consider the application will not prejudice the Commission. The district court's temporary restraining order enjoined only one act—issuance of a non-confidential public statement under Rule 29(F)—and left the Commission free to continue its preliminary investigation, to refer the matter for further investigation, and to pursue formal charges and the full range of post-election sanctions, up to and including a lifetime ban on judicial service. (Order at 12 (Kidd, J., dissenting).) That order is itself set to expire on May 23, 2026—only six days from today. An administrative stay to permit Supreme Court consideration of the appellees' application leaves the Commission with no less authority than it has had under the temporary restraining order.

3

Accordingly, the appellees respectfully request that this Court enter an administrative stay of its order of this afternoon pending Supreme Court action on the appellees' forthcoming application to vacate the stay. The court should also direct that any public statement issued before this motion was acted on, it should be taken down.

Respectfully submitted this 17th day of May, 2026.

<div style="display:flex; justify-content:space-between;">
<div>

**/s/ Roy E. Barnes**
Roy E. Barnes
Georgia Bar No. 039000
John R. Bartholomew
Georgia Bar No. 257089
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, Georgia 30060
(770) 419-8505
roy@barneslawgroup.com

**/s/ Bryan Sells**
Bryan L. Sells
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
(404) 480-4212 (voice/fax)
bryan@bryansellslaw.com

</div>
<div>

**/s/ S. Lester Tate, III**
S. Lester Tate, III
Georgia Bar No. 698835
Akin & Tate, PC
Post Office Box 878
11 South Public Square
Cartersville, Georgia 30120
(770) 382-0780
lester@akin-tate.com

**/s/ W. Matthew Wilson**
W. Matthew Wilson
Georgia Bar No. 392385
Bell Wilson Law, LLC
750 Piedmont Avenue NE
Atlanta, Georgia 30308
(678) 916-8758
matthew@bellwilsonlaw.com

</div>
</div>

*Attorneys for the Appellees*

## Certificate of Compliance

This document complies with the type-volume limitation of Rule 27(d) of the Federal Rules of Appellate Procedure because, excluding parts of the document exempted by Rule 32(f), it contains 384 words. This document also complies with the typeface and type-style requirements of Rule 32(a)(5) and (6) because it has been prepared in 14-point Century Schoolbook font using Microsoft Word for Mac.

**/s/ Bryan L. Sells**
Attorney for the Appellees
May 17, 2026

## Certificate of Service

I hereby certify that I have served this sealed document on all attorneys of record for the appellants by electronic mail and that all such attorneys have consented in writing to electronic service.


**/s/ Bryan L. Sells**
Attorney for the Appellees
May 17, 2026