In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 26-11705
_____

JENNIFER AUER JORDAN,
SHAMIRACLE J RANKIN,

*Plaintiffs-Appellees,*

*versus*

VICTORIA S. DARRISAW,
   in their official capacities as members of
   the Special Committee on Judicial
   Election Campaign Intervention of the
   Judicial Qualifications Commission,
JAMES L. COURSEY, JR.,
   in their official capacities as members of
   the Special Committee on Judicial
   Election Campaign Intervention of the
   Judicial Qualifications Commission,
WARREN SELBY,
   in their official capacities as members of the
   Special Committee on Judicial Election
   Campaign Intervention of the Judicial Qualifications Commission,

*Defendants-Appellants.*

2                        Order of the Court                    26-11705

---

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 1:26-cv-00057-LAG

---

ORDER:

The Court's order staying the injunction has been un-sealed. The candidates, who asked to seal their filings in the district court, have now moved to unseal them here. That motion is GRANTED. The Clerk's Office is DIRECTED to unseal the remaining filings in this case.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION